| UNITED STATES BANKRUPTCY COURT<br>Northern District of Illinois (Eastern Division) | | **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor(s):<br><br>Athanasios V Trakos | Case Number:<br><br>1:2021-bk-12758 | |
| Name of Creditor:<br><br>Deutsche Bank Trust Company | | |
| Name of Current Servicer of account:<br>  PHH Mortgage Services | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>PHH Mortgage Corporation<br>ATTN Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416<br><br>  Telephone Number: 855-689-7367<br><br>Prior notice address:<br><br>  1 Mortgage Way<br>  Mount Laurel, NJ 08054 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>  PHH Mortgage Services<br>  PO Box 24781<br>  ATTN: SV 19<br>  West Palm Beach, FL 33416<br><br>  Telephone Number: 800-750-2518 | | **X** Check this box if you are changing the address that payments will go to. |
| **1.  Account Number:  1622** | | _ Check this box if the account number has changed. |
| **2.  Court Claim Number: 2** | | |
| **3.  Signature:**<br><br> Check the appropriate box.<br>     I am the creditor.<br>   X  I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)<br>     I am the trustee, or the debtor.<br>     I am a guarantor, surety, endorser, or other codebtor.<br><br>  By:  /s/ John Shelley                     Date:  02/10/2023<br>       Authorized Filing Agent for PHH Mortgage Services | | |

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IN RE:** | **CASE NO.:** 21-12758 |
| **Athanasios V Trakos** | **CHAPTER:** 13 |
| **Debtor(s).** | |

## CERTIFICATE OF SERVICE

I hereby certify that on or before February 13, 2023, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

### SERVICE LIST

*Debtor:*            *By U.S. Postal Service First Class Mail Postage Prepaid:*

Athanasios V Trakos
5003 N Oriole Ave.
Harwood Heights, IL 60706


*Debtor's Attorney:*    *By CM / ECF Filing:*

David H Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076


*Trustee:*            *By CM / ECF Filing:*

Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604


/s/ John Shelley

InfoEx, LLC
(as authorized agent for PHH Mortgage Services)